# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-00-00606-CR

**Darrell Eugene Hogan, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT
### NO. 50,545, HONORABLE JOE CARROLL, JUDGE PRESIDING

**PER CURIAM**

This is an appeal from a judgment of conviction for bail jumping. Sentence was imposed on July 25, 2000. There was no motion for new trial. The deadline for perfecting appeal was therefore August 24, 2000. *See* Tex. R. App. P. 26.2(a)(1). Notice of appeal was filed on September 5, 2000. No extension of time for filing notice of appeal was requested. *See* Tex. R. App. P. 26.3. There is no indication that notice of appeal was properly mailed to the district clerk within the time prescribed by rule 26.2(a). *See* Tex. R. App. P. 9.2(b). Under the circumstances, we lack jurisdiction to dispose of the purported appeal in any manner other than by dismissing it for want of jurisdiction. *See Slaton v. State*, 981 S.W.2d 208 (Tex. Crim. App. 1998); *Olivo v. State*, 918 S.W.2d 519, 522-23 (Tex. Crim. App. 1996).

The appeal is dismissed.

Before Chief Justice Aboussie, Justices B. A. Smith and Patterson

Dismissed for Want of Jurisdiction

Filed:   October 5, 2000

Do Not Publish